UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAHJEE DUNBAR-GOODMAN,
                         Plaintiff,

              -v-

FAHIYM BROWN, *et al.*,
                         Defendants.

23-CV-9078 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, New York County, on October 16, 2023. Counsel for the plaintiff is directed to file an appearance with this Court no later than October 26, 2023.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by October 22, 2023.

    SO ORDERED.

Dated: October 18, 2023
       New York, New York

                                                  _____
                                                      J. PAUL OETKEN
                                                    United States District Judge